IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LAVELL RONDELL JOHNSON,

    Petitioner,                  No. CIV S-07-2387 LKK DAD P

    vs.

UNITED STATES OF AMERICA et al.,

    Respondents.             ORDER

_____/

        Petitioner, a federal parolee proceeding pro se, has filed an application for a writ of habeas corpus. Although the instant petition is difficult to decipher, it appears that petitioner is challenging the execution of his sentence. Petitioner has also filed an application to proceed in forma pauperis ("IFP").

        Ordinarily, a petitioner is permitted to file a habeas corpus action in federal court without prepayment of fees if he alleges in an affidavit that he is unable to pay such fees. See 28 U.S.C. § 1915(a). However, here, petitioner has informed the court by way of a notice of change of address that he is no longer incarcerated. Because petitioner is no longer incarcerated, for the court to assess whether he is entitled to proceed IFP, he must apply to proceed IFP under the general provisions of 28 U.S.C. § 1915(a)(1). The court will not rely on the IFP application filed by petitioner while he was incarcerated to make that determination.

1

1           Accordingly, IT IS HEREBY ORDERED that:

2           1.  Petitioner's November 6, 2007 application to proceed in forma pauperis (Doc. No. 2) is denied as moot;

3           2.  Petitioner shall submit, within thirty days from the date of this order, a non-prisoner affidavit in support of his request to proceed in forma pauperis or the required filing fee ($5.00).  In the alternative, if petitioner no longer wishes to proceed with this case, he may file a request to voluntarily dismiss this action without prejudice; and

4           3.  The Clerk of the Court is directed to send petitioner a copy of the non-prisoner in forma pauperis form used by this district.

DATED: October 14, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
john2387.101a